IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civ. A. No. 1:11-cv-00939 (RJL) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, through undersigned counsel, respectfully moves the Court for a six-day extension of time, from November 4, 2011 through November 10, 2011, to file Defendant's Motion for Summary Judgment. In support of this motion, Defendant states as follows:

1. The current deadline for filing Defendant's Motion for Summary Judgment is November 4, 2011, pursuant to this Court's Order of October 7, 2011, ECF No. 9.

2. Defendant has been working diligently to prepare this Motion and supporting declarations. However, unfortunately, due to the need for continued consultations among components within the Department of Justice regarding the appropriate treatment, under the Freedom of Information Act, 5. U.S.C. § 552(a) *et seq.,* of the highly sensitive information at issue in this case, Defendant needs an additional six days within which to file a Motion for Summary Judgment.

3. Defendant has previously sought, and the Court has granted, a 30-day extension on its deadline to file a Motion for Summary Judgment. *See* ECF Nos. 8, 9.

4. Defendant regrets the necessity of seeking this second extension, as well as any inconvenience to Plaintiff or to the Court caused by this request for a six day extension of time. However, Defendant does not believe the requested extension will prejudice Plaintiff or the Court.

5. For these reasons, there is good cause to extend the deadline for Defendant's motion for summary judgment by six days, until November 10, 2011. The only deadline affected by this extension is Plaintiff's deadline to file an Opposition and Cross-Motion for Summary Judgment. Defendant proposes, with Plaintiff's consent, that this date be moved from December 7, 2011 to December 13, 2011. The remainder of the briefing schedule set in the Order of October 7, 2011 would remain unchanged.

Pursuant to Local Rule 7.1 (m), undersigned counsel has conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the extensions requested herein.

WHEREFORE, Defendant respectfully requests that the Court extend the time to file its Motion For Summary Judgment to November 10, 2011. A proposed order is submitted herewith.

                                  Respectfully submitted,

                                  TONY WEST
                                  Assistant Attorney General

                                  RONALD C. MACHEN JR.
                                  United States Attorney

                                  JOHN R. TYLER
                                  Assistant Director
                                  Federal Programs Branch

Dated: November 4, 2011                /s/
                                  ELISABETH LAYTON (D.C. Bar No.462227)
                                  Senior Counsel
                                  U.S. Department of Justice, Civil Division
                                  20 Massachusetts Ave., NW, Rm. 7110
                                  Washington, D.C.  20001
                                  Telephone: (202) 514-3183
                                  Fax: (202) 616-8470
                                  elisabeth.layton@usdoj.gov

                                  Counsel for Defendant