IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 1:11-cv-00939 <br><br> Judge Richard J. Leon |

[PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for Extension Of Time To File Defendant's Motion For Summary Judgment, it is hereby

ORDERED that:

1. Defendant's motion is GRANTED;

2. Defendant's Motion for Summary Judgment shall be filed on or before November 10, 2011;

3. Plaintiff's Opposition thereto and Cross-Motion for Summary Judgment shall be filed on or before December 13, 2011;

3. All other deadlines set in the Order of October 7, 2011, ECF No. 9, shall remain in effect.

Dated:_____                    _____
                                            RICHARD J. LEON
                                            United States District Judge