IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civ. A. No. 1:11-cv-00939 (RJL) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h) of the Rules of the United States District Court for the District of Columbia, Defendant United States Department of Justice (DOJ) hereby submits the following statement of material facts as to which the Defendant contends there is no genuine issue in connection with its motion for summary judgment under Rule 56(a) of the Federal Rules of Civil Procedure.

1. In a letter dated February 15, 2011, Plaintiff Electronic Frontier Foundation (EFF) made a Freedom Of Information Act (FOIA) request to DOJ's Office of Legal Counsel (OLC), seeking " a copy of an OLC memorandum dated January 8, 2010, analyzing the authority of the FBI under [18 U.S.C. § 2511]." *See* Declaration of Paul P. Colborn ¶ 6 & Exhibit A.

2. By letter dated February 25, 2011, OLC acknowledged receipt of Plaintiff's FOIA request and stated that it had "found one document that is responsive to [the] request" and that "[w]e are withholding the document pursuant to FOIA Exemptions One and Five, 5 U.S.C. § 552(b)(1) and (5)." Colborn Decl. ¶ 7 & Exhibit B.

3. In its letter of February 25, 2011, OLC advised Plaintiff of its right to file an administrative appeal of OLC's adverse determination. *See id.*

4. By letter to DOJ's Office of Information Policy ("OIP") dated March 18, 2011, Plaintiff appealed OLC's determination to withhold the requested record. *See* Colborn Decl. ¶ 7 & Ex. C.

6. DOJ had not issued a determination in response to Plaintiff's administrative appeal at the time the Complaint was filed on May 19, 2011. *See id.* ¶ 8.

Respectfully submitted,

TONY WEST
 Assistant Attorney General

JOHN R. TYLER
Assistant Director

Dated: November 10, 2011

　　　/s/
ELISABETH LAYTON
(D.C. Bar No.462227)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW, Rm. 7110
Washington, D.C.  20001
Telephone: (202) 514-3183
Fax: (202) 616-8470
elisabeth.layton@usdoj.gov

Counsel for Defendant