IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
ELECTRONIC FRONTIER FOUNDATION,             )
                                            )
          Plaintiff,                        )
                                            )
               v.                           )
                                            )        Civ. A. No. 1:11-cv-00939 (RJL)
DEPARTMENT OF JUSTICE,                       )
                                            )
          Defendant.                        )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S
OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND
REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, through undersigned counsel, respectfully moves the Court for a one-day

extension of time for the filing of Defendant's Opposition to Plaintiff's Cross-Motion For

Summary Judgment And Reply In Support Of Defendant's Motion For Summary Judgment

("Defendant's Opposition/Reply").  In support of this motion, Defendant states as follows:

1.   The current deadline for Defendant's Opposition/Reply is January 9, 2012, pursuant

to this Court's Minute Order of December 27, 2012, and the current deadline for Plaintiff's

Reply is January 25, 2012.

2.   Defendant has been working diligently to meet this deadline.

3.    Undersigned counsel was out of the office due to illness for several days over the

past week, which delayed her work in finalizing Defendant's opposition/reply brief.

4.   For this reason, and in order to enable the Department of Justice to provide thorough

briefing regarding the appropriate treatment, under the Freedom of Information Act, 5. U.S.C. §

-1-

552(a) *et seq.,* of the highly sensitive information at issue in this case, Defendant respectfully requests one additional day within which to file its Opposition/Reply brief.

5.    Defendant has previously sought, and the Court has granted, a 30-day extension on its deadline to file a Motion for Summary Judgment, an additional 6-day extension on that deadline, and a 19-day extension on the deadline to file its Opposition/Reply brief.  *See*  ECF Nos.  8, 9, & 10, and Minute Orders of November 7, 2011 and December 27, 2011.

6.    Defendant regrets the necessity of seeking this additional extension, as well as any inconvenience to Plaintiff or to the Court.  However, Defendant does not believe the requested extension will prejudice Plaintiff or the Court.

7.    For these reasons, there is good cause to extend the deadline for Defendant's Opposition/Reply to January 10, 2012.

8.    The only deadline affected by this extension is Plaintiff's deadline to file its Reply In Support Of EFF's Cross-Motion for Summary Judgment ("Plaintiff's Reply").  Defendant respectfully proposes, with Plaintiff's consent, that this deadline be moved from January 25, 2012 to January 26, 2012.

9.    Pursuant to Local Rule 7.1 (m), undersigned counsel has conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the extensions of time requested herein.

WHEREFORE, Defendant respectfully requests that the Court extend the time to file its Opposition/Reply to January 10, 2012 and extend Plaintiff's time to file its Reply to January 26, 2012.  A proposed order is submitted herewith.

<div style="margin-left:40%">

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Director
Federal Programs Branch

</div>

Dated:  January 9, 2012

<div style="margin-left:40%">

_____/s/_____
ELISABETH LAYTON (D.C. Bar No.462227)
Senior Counsel
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW, Rm. 7110
Washington, D.C.  20001
Telephone: (202) 514-3183
Fax: (202) 616-8470
elisabeth.layton@usdoj.gov

Counsel for Defendant

</div>

-3-