UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER )
FOUNDATION, )
)
)
Plaintiff, )
) Civil Case No. 11-939 (RJL)
v. )
)
DEPARTMENT OF JUSTICE. )
)
Defendant. )
)

ORDER  st
(September 21, 2012)

For the reasons set forth in the Memorandum Opinion entered this date, it is this 21st day of September, 2012, hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [Dkt. #14] is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge